UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re: Cleophus M Smith  CASE NO.: 1035391
:
  Erinn C Smith  :
: (Chapter 13)
:JUDGE Humphrey
  Debtor(s)  :

## AMENDED PLAN PRIOR TO CONFIRMATION AND NOTICE

The Debtors amend the unconfirmed plan at the meeting of creditors to provide as follows:

All future federal tax refunds (less the **greater** of the Debtors' annual exemption of $1075 for a single case debtor and $2150 for a joint case **or** the Child Tax Credit and Earned Income Tax Credit) for the years of:

☒ Below median income debtors must provide their future federal tax returns and refunds for the years of 2011 and 2012 ;

☐ Above median income debtors must provide their future federal tax returns and refunds for the years of 2011, 2012, 2013, and 2014 ;

The refunds shall first be used to satisfy the secured and priority claims of the I.R.S. and then as additional plan payments to increase the percentage to be paid to the general unsecured creditors.

Debtors shall submit their Internal Revenue Service tax returns to the Trustee by April 30th of each required year and refunds must be turned over to the Trustee prior to June 1 of each required year. Any Motions to Use Tax Proceeds shall be filed by June 1 of that year. Failure to follow these provisions may result in sanctions or dismissal of your case. See Paragraph 17 of your Chapter 13 Plan for additional information on your taxes.

/S/Cleophus M Smith      /S/ Lester R Thompson
Debtor                   Attorney for Debtor(s)


/S/ Erinn C Smith        /S/  Jeffrey M. Kellner
Debtor                   Jeffrey M. Kellner 0022205
                         Chapter 13 Trustee
                         Chapter 13 Trustee's Office
                         131 N. Ludlow St., Ste 900
                         Dayton, OH 45402-1161
                         (937)222-7600  Fax (937)222-7383
                         Chapter13@dayton13.com

1035391MLFF_AMPLANPRIOR
###